The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### LLOYD v. STATE.
No. 15707.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

H. L. Tooker, of Stanton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for receiving and concealing stolen property; punishment being assessed at two years' confinement in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

### CAMPBELL v. STATE.
No. 15639.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Rehearing Denied Nov. 23, 1932.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, possessing equipment for the manufacture of intoxicating liquor; the punishment, three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### RICHARDSON v. STATE.
No. 15612.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Jake Newberry, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, violating the speed law; the punishment, confinement in the county jail for 90 days.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., not sitting.

ed, we would be unable to say, in the absence of a statement of facts, that the error in receiving the testimony was harmful. If appellant, or some other witness, testified without objection to the same criminative facts detailed by the officer, we would not reverse the judgment.

The judgment is affirmed.